ACCEPTED
06-15-00044-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
8/11/2015 11:56:16 AM
DEBBIE AUTREY
CLERK

## No. 06-15-00044-CV

# In the Court Of Appeals
# for the Sixth Judicial District of Texas
# at Texarkana

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
8/11/2015 11:56:16 AM
DEBBIE AUTREY
Clerk

**BURLINGTON RESOURCES OIL & GAS COMPANY LP,**

*Appellant,*

**v.**

**PETROMAX OPERATING CO., INC., WOODBINE ACQUISITION, LLC,
PETRO TEXAS, LLC, CH4 ENERGY II, LLC,
AND TEXCAL ENERGY SOUTH TEXAS L.P.,**

*Appellees.*

On Appeal from the 12th Judicial District Court
Madison County, Texas
Cause Number 12-13130-012-10

## UNOPPOSED MOTION TO EXTEND TIME
## TO FILE APPELLANT'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

Appellant Burlington Resources Oil & Gas Company LP respectfully moves the Court to extend the time for filing Appellant's Brief by 30 days, to and including September 21, 2015. Appellees do not opposed this requested extension.

1. The last of the clerk's and reporter's records was filed on July 21, 2015. The current deadline for Appellant's Brief is August 20, 2015. *See* TEX. R. APP. P. 38.6(a).

1

2.     Appellant requests a 30-day extension of time to file Appellant's Brief, to and including September 21, 2015.  *See* TEX. R. APP. P. 4.1(a).

3.     In support of the requested extension, Appellant would show that Roger Townsend, who is lead appellate counsel with responsibility for drafting Appellant's Brief, has been required to devote time during the initial briefing period to meet pre-existing work commitments and deadlines, including:  (a) preparation of the reply in support of the petition for review in *The General Land Office of the State of Texas, et al. v. Sandridge Energy, Inc., et al*, No. 15-0246, in the Supreme Court of Texas (due August 24, 2015); and (b) preparation for oral argument in *MM Steel, LP vs. JSW Steel (USA) Incorporated, et al.*, No. 14-20267, in the United States Court of Appeals for the Fifth Circuit (set August 31, 2015).   These deadlines and commitments have interfered with preparation of Appellant's Brief by the current deadline.

4.     In addition, Appellant would show that Kirsten Castañeda, who also is responsible for drafting Appellant's Brief, has been required to devote time during the initial briefing period to meet pre-existing and emergency work commitments and deadlines, including:  (a) co-drafting Appellants' Brief in the large-record appeal *Catherine Stouffer, et al. v. Union Pacific Railroad Co.*, No. 11-15-0052-CV, in the Eastland Court of Appeals (originally due June 22, 2015; deadline extended to August 21, 2015); (b) drafting the Petition for Review in *Mary Kay Inc. v. eBay Inc.*,

2

No. 15-0596, in the Supreme Court of Texas (due and filed August 10, 2015); and (c) drafting a petition for writ of mandamus on an expedited basis. These deadlines and commitments have interfered with preparation of Appellant's Brief by the current deadline.

5.      Appellant has not sought any previous extensions of the deadline to file Appellant's Brief. This case has not yet been set for submission. Appellant seeks this extension not solely for delay, but so that justice may be done.

6.      As reflected in the Certificate of Conference below, Appellees do not oppose the requested extension.

### PRAYER

WHEREFORE, Appellant prays that the Court grant this Motion and extend the deadline for filing Appellant's Brief in this matter by 30 days, to and including September 21, 2015. Appellant also prays for such other and further relief to which it may be entitled in law or in equity.

Respectfully submitted,

<u>/s/ Kirsten M. Castañeda</u>
Roger D. Townsend
  State Bar No. 20167600
  *rtownsend@adjtlaw.com*
ALEXANDER DUBOSE JEFFERSON &
  TOWNSEND LLP
1844 Harvard Street
Houston, Texas   77008
Telephone:  (713) 523-2358
Telecopier:  (713) 523-4553

Kirsten M. Castañeda
  State Bar No. 00792401
  *kcastaneda@adjtlaw.com*
ALEXANDER DUBOSE JEFFERSON &
  TOWNSEND LLP
4925 Greenville Avenue, Suite 510
Dallas, Texas 75206
Telephone:  (214) 369-2358
Telecopier:  (214) 369-2359

Fred Hagans
  State Bar No. 08685500
  fhagans@hagans-law.com
Kendall C. Montgomery
  State Bar No. 14293900
  kmontgomery@hagans-law.com
HAGANS BURDINE MONTGOMERY & RUSTAY,
  P.C.
3200 Travis, Fourth Floor
Houston, Texas   77006
Telephone:  (713) 222-2700
Telecopier:  (713) 547-4950

4

Vincent L. Marable III
  State Bar No. 12961600
  trippmarable@sbcglobal.net
PAUL WEBB, P.C.
221 N. Houston Street
Wharton, Texas   77488
Telephone:  (979) 532-5331
Telecopier:  (979) 532-2902

*Counsel for Appellant Burlington Resources
  Oil & Gas Company LP*

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for Appellees through Rich Phillips, counsel for Appellee Woodbine Acquisition, LLC, on August 4, 10, and 11, 2015, regarding the extension requested in this Motion, and Mr. Phillips confirmed on behalf of Appellees jointly that Appellees do not oppose the requested extension.


            /s/ Kirsten M. Castañeda
            Kirsten M. Castañeda

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of August, 2015, a true and correct copy of the foregoing Unopposed Motion is served via e-service through efile.txcourts.gov on Appellees through counsel of record, listed below:

Mr. Brad D'Amico
*bd@canteyhanger.com*
CANTEY HANGER LLP
1999 Bryan Street, Suite 3300
Dallas, Texas 75201

*Counsel for Appellee Petromax Operating Co., Inc.*

Mr. Greg W. Curry
*Greg.Curry@tklaw.com*
Mr. Gregory D. Binns
*Gregory.Binns@tklaw.com*
Mr. Richard B. Phillips, Jr.
*Rich.Phillips@tklaw.com*
THOMPSON & KNIGHT LLP
1722 Routh Street, Suite 1500
Dallas, Texas 75201

*Counsel for Appellee Woodbine Acquisition, LLC n/k/a MD America Energy LLC*

Mr. David J. Beck
*dbeck@beckredden.com*
Mr. Thomas E. Ganucheau
*tganucheau@beckredden.com*
BECK REDDEN LLP
1221 McKinney Street, Suite 4500
Houston, Texas 77010-2010

*Counsel for Appellees Petromax Operating Co., Inc., Petro Texas LLC, and CH4 Energy II, LLC*

Mr. Jesse R. Pierce
*JPierce@pierceoneill.com*
Mr. Brian K. Tully
*BTully@pierceoneill.com*
PIERCE & O'NEILL, LLP
4203 Montrose Blvd.
Houston, Texas 77006

*Counsel for Appellee TexCal Energy South Texas, LP*

/s/ Kirsten M. Castañeda
Kirsten M. Castañeda

6